UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :       **ORDER**
v.                                :
                                  :       15 CR 146 (VB)
ROBERT MYLES,                     :
                    Defendant.    :
------------------------------------------------------------x

Having reviewed defendant Robert Myles's letter of March 6, 2020 (which will be separately docketed), and having consulted with defendant's probation officer, the Court does not believe that early termination of supervised release at this time, pursuant to 18 U.S.C. § 3583(e), is warranted by the conduct of the defendant or is otherwise in the interest of justice.

Accordingly, the application of defendant Myles for early termination of supervised release is DENIED.

However, defendant's request that he be allowed to travel outside the country in July 2020, to which his probation officer consents, is GRANTED. Defendant shall provide to his probation officer a detailed itinerary regarding said travel and any other information regarding same that his probation office may require.

Chambers will mail a copy of this Order to defendant at the following address:

Robert Myles
35-64 84th Street
Apt. 4U
Jackson Heights, NY 11372

Dated: March 23, 2020
       White Plains, NY

                                        SO ORDERED:

                                        _____
                                        Vincent L. Briccetti
                                        United States District Judge